UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAAZIM COOPER, AKA KAZZIM COOPER,

                Plaintiff,

-against-                                      25 **CIVIL** 6786 (LLS)

                                                                     **JUDGMENT**

JOHN DOE COUNTY COURT CLERK; THE
JUDGE ABRAHAM CLOTT; JENNIFER G.
SCHECTER, JUDGE,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), under the doctrines of judicial and quasi-judicial immunity, for failure to state a claim on which relief may be granted, and as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). Judgment is entered dismissing the action. That is because this action is taken solely against the state judicial officers who are immune to personal claims. This Court makes no ruling that a non-personal action by the plaintiff in the state court would be bound to fail. In a simple appeal the appellate state court might show considerable interest in the process by which the lower court reached its adverse conclusions.

**Dated:** New York, New York
       November 13, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                        **Clerk of Court**

                                      **BY:**            K. Mango

                                                                         **Deputy Clerk**