UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAAZIM COOPER, AKA KAZZIM COOPER,<br><br>Plaintiff,<br><br>-against-<br><br>JOHN DOE COUNTY COURT CLERK; THE<br>JUDGE ABRAHAM CLOTT; JENNIFER G.<br>SCHECTER, JUDGE,<br><br>Defendants. | 25-CV-6786 (LLS)<br><br>ORDER |

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se*. By order dated April 1, 2026, the Court dismissed the complaint, but granted Plaintiff 30 days' to replead his claims in an amended complaint. (ECF 19.) On April 12, 2026, Plaintiff filed a letter motion seeking to "stay [the] motion to amend to file a rule 60(b)(1) motion." (ECF 20, at 1.) In his motion, Plaintiff states that, because the order of dismissal was not mailed to him until April 7, 2026, he effectively has less than 30 days to file an amended complaint. He also states that he seeks to file a motion for consideration under Rule 60(b) of the Federal Rules of Civil Procedure. He requests that the Court "stay [its] [A]pril 1, 2026 order to replead" because 30 days would not be enough time for him to file an amended complaint. (*Id.*)

Because the complaint has been dismissed, the Court declines to issue a stay of this action. However, the Court understands Plaintiff to be seeking an extension of time to file an amended complaint because the Clerk of Court did not mail the April 1, 2026 order until April 7, 2026. The Court grants Plaintiff an extension of 30 days beyond the initial 30-day period to file an amended complaint. Plaintiff must file his amended complaint by June 1, 2026. If Plaintiff

does not file an amended complaint within the time prescribed, the Court will dismiss this action for the reasons stated in the April 1, 2026 order of dismissal.[1]

If Plaintiff would prefer to receive electronic service of court documents in this action by email, rather than service via postal mail, he may consent to electronic service by completing the attached form, Consent to Electronic Service.[2]

## CONCLUSION

The Court grants Plaintiff's request for extension of time to file an amended complaint. (ECF 20.) Plaintiff must file his amended complaint by June 1, 2026. If Plaintiff does not file an amended complaint within the time prescribed, the Court will dismiss this action for the reasons stated in the April 1, 2026 order of dismissal.

SO ORDERED.

Dated:    April 15, 2026
          New York, New York

_Louis L. Stanton_
Louis L. Stanton
U.S.D.J.

---

[1] Plaintiff also appears to request an extension of time to file a motion under Rule 60(b)(1). A motion under that provision must be filed "no more than one year after the entry of judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c)(1). Because less than a month has passed since the Court issued its order, the Court denies any request for an extension of time to file a Rule 60(b) motion as unnecessary.

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

2

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

_____
Telephone Number                    E-mail Address

_____
Date                                Signature

**Click Here to Save**