UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAAZIM COOPER, AKA KAZZIM COOPER,

Plaintiff,

-against-

JOHN DOE COUNTY COURT CLERK; THE JUDGE ABRAHAM CLOTT; JENNIFER G. SCHECTER, JUDGE.,

Defendants.

25 CIVIL 06786 (LLS)

# **CIVIL JUDGMENT**

For the reasons stated in the April 1, 2026, Order, and August 12, 2026 Second Order, the Court dismisses the amended complaint for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated: August 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge